192 So.2d 371

## GULF STATES UTILITIES COMPANY
### v.
### Carl Edward HECK et al.

No. 48464.

Dec. 12, 1966.

In re: Carl Edward Heck et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Iberville. 191 So.2d 761.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

HAWTHORNE, SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.

192 So.2d 371

### STATE of Louisiana
### v.
### James A. LYMBURNER.

No. 48465.

Dec. 12, 1966.

In re: James A. Lymburner applying for writs of prohibition, mandamus and certiorari.

Writs refused. There is no error of law in the order complained of.